IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFERY LAMAR COLE,
    Plaintiff,

vs.                       Case No. 3:10cv178/MCR/MD

STATE OF FLORIDA, et al.,
    Defendants.
_____/

### O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on June 3, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     Plaintiff's federal claims are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

3.     Plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE to his filing them in state court.

4.     The clerk is directed to close the file.

DONE AND ORDERED this 6th day of July, 2010.

                                s/ *M. Casey Rodgers*
                                **M. CASEY RODGERS**
                                **UNITED STATES DISTRICT JUDGE**